IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| EDITH BURGESS, ET ALS. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COLLECTCORP CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action<br>No. 3:09cv188 |

F I L E D
OCT 14 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, by counsel, and the Defendant CollectCorp Corporation, by counsel, and moved the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court") to dismiss the above-styled civil action with prejudice.

UPON CONSIDERATION of the representations of counsel, the pleadings, and for other good cause shown, it be, and hereby is, ORDERED, ADJUDGED, and DECREED that civil action 3:09cv188 is DISMISSED with prejudice.

Upon entry of this Order, the Clerk of the District Court shall send copies *testee* to all counsel of record.

ENTERED this __14__ day of __October__, 2009.

/s/
Richard L. Williams
United States District Judge
_____
UNITED STATES DISTRICT JUDGE



RECEIVED
OCT 13 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

WE ASK FOR THIS:

_____
Matthew J. Erausquin, VSB#65434
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone:     (703) 273-7770
Facsimile:      (888) 892-3512

*Counsel for the Plaintiffs*


_____
Seth Abram Schaeffer, VSB#74509
McGuireWoods LLP
One James Center
901 East Cary St
Richmond, VA 23219
Telephone:     (804) 775-1174
Facsimile:      (804) 698-2167

*Counsel for Defendant CollectCorp Corporation*